UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL No. 22-cr-10328-RGS |
| AHSAN ARTY | |
| Defendant | |

**JOINT FINAL STATUS MEMORANDUM**

Pursuant to Local Rule 116.5(c), the parties hereby file the following final status memorandum prepared in connection with the Final Status Conference scheduled for April 20, 2023.  The parties request that the Court report the case to the District Court for a Rule 11 hearing in early May 2023.

**(1)** **Request for Transfer for Status Conference**

The parties request transfer to the District Court Judge for Rule 11.

**(2)(A)** **Status of Discovery and Any Additional Discovery to be Produced**

Automatic discovery is complete.

**(2)(B)** **Discovery Requests**

There are no outstanding discovery requests from the defendant. The government has received no reciprocal discovery from the defendant.

**(2)(C)** **Status of any Fed. R. Crim. P. 12(b) Motions**

No motions pursuant to Fed. R. Crim. P. 12(b) have been filed.

N/A

**(2)(D)** **Speedy Trial Act Calculations**

All of the time has been excluded between the Defendant's arraignment on December 13, 2022, through the date of the initial status conference on January 9, 2022. [Dkt. #25].

The Court excluded the time from January 18, 2023 through and including February 15, 2023 [Dkt #28].

The Court excluded the time from February 15, 2023 through and including March 16, 2023 [Dkt #31].

The Court excluded the time from March 16, 2023 through and including April 20, 2023 [Dkt #37].

The parties further agree to exclude the time from the final status conference date through date of the Rule 11.

As of the Rule 11, zero days will have counted and seventy days will remain under the Speed Trial Act.

**(2)(E)  Length of Trial**

N/A

**(3)     Any Matters Specific to the Particular Case That Would Assist the District Court**

The parties have reached an agreement in principle. The government anticipates a week or two for final approvals and obtaining signatures.

The parties request a Rule 11 date in early May 2023, if possible.

Respectfully submitted,

RACHAEL S. ROLLINS
Acting United States Attorney,

By:     */s/ Philip A. Mallard*
        Philip A. Mallard
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Philip A. Mallard, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date:   April 15, 2023              */s/ Philip A. Mallard*
                                    Philip A. Mallard
                                    Assistant United States Attorney